IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR337 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARCUS CHILES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Marcus Chiles (Chiles) to review detention (Filing No. 36). Chiles was detained following a detention hearing on October 22, 2014 (Filing No. 18). Chiles previously filed a motion reconsider detention (Filing No. 25). The court held a hearing on the motion to reconsider detention on December 22, 2014, and denied the motion (Filing No. 29). In the present motion to review detention, Chiles requests the opportunity to present additional information not covered in the prior detention hearings. However, Chiles did no set forth or describe in his motion such information.

Chiles' motion to review detention (Filing No. 36) will be held in abeyance pending a filing of a description of such information. Absent such filing by February 23, 2015, the motion to review detention will be denied.

**IT IS SO ORDERED.**

DATED this 17th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge