# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR337 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARCUS CHILES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Marcus Chiles (Chiles) (Filing No. 58).  Chiles seeks a continuance of the trial of this matter which is scheduled for July 6, 2015.  Chiles requests a sixty day continuance.  The court deems a final continuance of thirty days is adequate.  Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

1. Chiles' motion to continue trial (Filing No. 58) is granted.

2. Trial of this matter is re-scheduled for **August 10, 2015,** before Senior Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 2, 2015, and August 10, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 2nd day of July, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge