IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MARCUS CHILES,<br><br>      Defendant. | **8:14CR337**<br><br>**ORDER** |

   This matter is before the Court on defendant's motion to proceed in forma pauperis on appeal. The Court has carefully reviewed the defendant's motion and affidavit, Filing No. 89, and finds his request should be granted.

   THEREFORE, IT IS ORDERED THAT defendant's motion to proceed in forma pauperis on appeal, Filing No. 89, is granted.

   Dated this 23rd day of February, 2016

             BY THE COURT:

             s/ Joseph F. Bataillon
             Senior United States District Judge